IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

9/25/2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

**LAURENCE E. FENDRICH, D.M.D.,**

    Plaintiff,

v.                                           **CIVIL ACTION NO.: 7:18-cv-205**

**JOSHUA L. DEMICHELE, DDS, PLLC,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court at the request of Plaintiff, Laurence E. Fendrich, D.M.D., to voluntarily dismiss this matter in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All counsel of record are signatories to this Order indicating the parties' stipulation to the voluntary dismissal of this matter with prejudice.

As such, it is **ORDERED** that the defendant Joshua L. DeMichele, DDS, PLLC be and hereby is **DISMISSED** with prejudice from this matter and that his matter be and hereby is **DISMISSED** in its entirety with prejudice and stricken from the docket of this Court.

ENTERED this _SEPTEMBER 25, 2018_.

                                                               _/s/_
                                                        Senior United States District Judge

Respectfully Requested:

/s/ Stanford R. Solomon
Stanford R. Solomon, Esq.
The Solomon Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, FL 33606-1611
Co-counsel for Plaintiff

/s/ Dennis P. Brumberg
Dennis P. Brumberg, Esq. (VSB # 1031)
Brumberg, Mackey & Wall, PLC
P.O. Box 2470
Roanoke, VA 24010
Co-counsel for Plaintiff


/s/ Sean C. Workowski
Sean C. Workowski (VSB No. 36120)
FRITH ANDERSON + PEAKE
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: (540) 772-4600
Fax: (540) 772-9167
Email: sworkowski@faplawfirm.com
Counsel for Joshua L. DeMichele, DDS